IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULETTE O'MEALLY, *Plaintiff* | : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA *et al.*, *Defendant* | : : : | No. 21-5677 |

## ORDER

AND NOW, this 20th day of April, 2022, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 3), Plaintiff's Amended Complaint (Doc. No. 5), Defendant's Second Motion to Dismiss (Doc. No. 6), Plaintiff's Response in Opposition (Doc. No. 8), Defendant's Reply in Support (Doc. No. 9), and the oral argument held on April 4, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. 3) is **DEEMED MOOT**.

2. Defendant's Second Motion to Dismiss (Doc. No. 6) is **GRANTED**.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

5. Counsel for Plaintiff is directed to provide Plaintiff with a copy of this Order and the accompanying Memorandum within seven (7) days of the date of this Order and submit on the docket a certification that he has done so.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1